UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Misty Lynn Rose,

               Plaintiff,      Case No. 17-13054

v.                                 Judith E. Levy
                                 United States District Judge
Commissioner of Social Security,

                                 Mag. Judge Stephanie Dawkins
              Defendant.     Davis

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [19]

This is a Social Security appeal. Before the Court is Magistrate Judge Stephanie Dawkins Davis's report and recommendation (Dkt. 19) recommending the Court grant plaintiff's motion for summary judgment (Dkt. 16) and deny defendant's motion for summary judgment (Dkt. 18). The parties were required to file specific written objections to the report and recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed the report and recommendation and concurs in the reasoning and result. Accordingly,

The report and recommendation (Dkt. 19) is **ADOPTED**;

Plaintiff's motion for summary judgment (Dkt. 16) is **GRANTED**;

Defendant's motion for summary judgment (Dkt. 18) is **DENIED**; and

The findings of the Commissioner are **REVERSED** and this case is hereby **REMANDED** for further proceedings.[1]

IT IS SO ORDERED.

Dated: February 26, 2019　　　　s/Judith E. Levy  
　Ann Arbor, Michigan　　　　　JUDITH E. LEVY  
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 26, 2019.

　　　　　　　　　　　　　　　s/Shawna Burns  
　　　　　　　　　　　　　　　SHAWNA BURNS  
　　　　　　　　　　　　　　　Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).